23cv13830
Judge Coleman
Magistrate Judge Cole
Randomly Assigned CAT 2

Monisha Kleinberg
409 S 4TH ST
MonishaKleinberg@protonmail.com

RECEIVED
SEP 18 2023 JB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES FEDERAL COURT

NORTHERN DISTRICT OF ILLINOIS

MONISHA KLEINBERG,

    Plaintiff,

vs.

UNITED DEPARTMENT OF LABOR ("DOL");
INTERNAL REVENUE SERVICE ("IRS"); BETTER
BUISNESS BUREAU ("BBB"),

    Defendant

Case No.:

**COMPLAINT FOR REQUEST OF INFORMATION AND PRIVACY; ENSURED PRIVACY PROTECTIONS; RICO (RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT) INFLUENCED; DATA PRIVACY ACT OF 1974**

Dated of September 18, 2023

_Monisha Kleinberg_
Pro Se Litigant

1 | PAGE

# CLAIM

1. Due of various forms of joint fraud, harassment and abuses entailed in other claims. Plaintiff is requesting that defendant agencies give and review personal identifiable information Plaintiff was required to submit to Casey's retail store (located in Watseka, Illinois) for employment as Plaintiff worked at for few short months before ultimately quitting. Upon belief Plaintiff holds that her personal has been and/or is being held and accessed outside out job responsibilities by the female manager at said location in junction with a fraudulent power of attorney held by a June Herdle. Plaintiff entails of the female manager in an IRS Identity Theft Affidavit submitted in person by Plaintiff on August 24, 2023. Plaintiff asks that it is ensured that her personal information is not nor has been illegally disseminated nor has not been enabled to be disseminated or viewed outside work context by June Herdle and that her privacy is maintained via The Privacy Act. Any ties had with an apparent Power of Attorney are fraudulent and illegal. Plaintiff declares such void and un-permissible. Suit has been filed regarding claimed identity theft and organized crime ((23-CV-9863; Judge Valderrama) Kleinberg vs. Internal Revenue Service ("IRS"); Office of Inspector General ("OIG"); Department of Justice ("DOJ"); U.S Privacy and Civil Liberties Oversight Board ("PCLOB"); Mundelein High School; Terrorist Screening Center ("TSC") of the Federal Bureau of Investigation ("FBI")).

[This is a written 5 page claim] [Note for document retrieval within databases that Plaintiff's previous last name was 'Herdle' and is in legal process of change.] [This is a second filing of original proceedings due of court tampering; intended to derail Plaintiff Kleinberg. Other such court tampering, in fact, detailed in 23-cv-9863. 'RICO influenced' specification made]

# Parties

### United States Department of Labor ("DOL")

1. According to site the DOL exists to: "To foster, promote, and develop the welfare of the wage earners, job seekers, and retirees of the United States; improve working conditions; advance opportunities for profitable employment; and assure work-related benefits and rights" Its address is 200 Constitution Ave NW, Washington, DC 20210.

### Internal Revenue Service ("IRS");

2. Created to administer and enforce internal revenue laws enacted by the Treasury Secretary Act. According to its website: "The Internal Revenue Service is the nation's tax collection agency and administers the Internal Revenue Code enacted by Congress" The IRS is located at 111 Constitution Ave., NW Washington D.C. 20224.

### Better Business Bureau ("BBB")

3. Creates trusted guidelines to encourage and support business practice. According to the BBBs' website their mission is to be at the forefront of marketplace trust. "BBB's mission is to be the leader in advancing marketplace trust." Its address is 1411 K Street, NW, 10th Floor Washington, DC 20005-3404.

# Jurisdiction and venue

4. This court has subject matter jurisdiction pursuant to 28 U.S.C 1331. Due of lawsuit alleging violation of the United States Constitution and federal statues, it raises questions of federal law.

3 | P A G E

protect civil rights, this court also has jurisdiction under 28 U.S.C. § 1343. Because those violations include violations of the Privacy Act 5 U.S.C 552 (a)(e)(7), this court has jurisdiction under 5 U.S.C. (a)(g)(1)(b).

## Prayer

6. Review of all personal identifiable information and its dissemination from business place Casey's retail store.

7. Ensure it is not being accessed or disseminated by June Herdle in any manner with any individuals and if so to cease said interaction and said transmitting.

8. Ensure that Plaintiff's information is not being illegally used or held and is safeguarded.

Dated: 09/18/2023

By: Monisha Kleinberg; Pro Se Litigant

*[signature]*

5 | P A G E